IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:22-cv-573-ECM |
| | ) |
| JAMES BRAZIER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

Now pending before the court is the Recommendation of the Magistrate Judge (doc. 26) which recommends that the Plaintiff's motion for a preliminary injunction (doc. 1) be denied. On March 17, 2023, the Plaintiff filed objections to the Recommendation. (Doc. 29). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED as follows:

1. the Plaintiff's objections (doc. 29) are OVERRULED;

2. the Recommendation of the Magistrate Judge (doc. 26) is ADOPTED;

3. the motion for a preliminary injunction (doc. 1) is DENIED; and

4. this case is referred to the Magistrate Judge for further proceedings.

DONE this 29th day of March, 2023.

    /s/   Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE