IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:22-cv-573-ECM |
| | ) |
| JAMES BRAZIER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On September 20, 2023, the Magistrate Judge entered a Recommendation (doc. 51) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 51) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 3rd day of November, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE